## Hill Unemployment Compensation Case.

Argued June 11, 1968. *Richard I. Torpey,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Jordan, Appellant, *v.* Greenberg.

Argued June 10, 1968. *William A. Goichman,* for appellant; *Sol Gelb,* for appellees; *William R. Solvibile,* Assistant City Solicitor, with him *Nicholas M. D'Alessandro,* Assistant City Solicitor, *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellee.

Judgment affirmed.